1  BROWNSTEIN THOMAS, LLP
   Josh S. Brownstein SBN 209760
2  Mark C. Thomas SBN: 215580
   353 Sacramento Street, Suite 1140
3  San Francisco CA  94111
   Telephone:  (415) 986-1338
4  Facsimile:   (415) 986-1231

5  GOLD LAW FIRM
   Roger E. Gold SBN: 214802
6  353 Sacramento Street, Suite 1140
   San Francisco, CA 94111
7  Telephone:  (415) 986-1338
   Facsimile:  (415) 373-4579

8
   CHAVEZ & GERTLER LLP
9  Jonathan E. Gertler SBN: 111531
   Dan Gildor SBN: 223027
10 Christian Schreiber SBN: 245597
   42 Miller Avenue
11 Mill Valley, California 94941
   Telephone:  (415) 381-5599
12 Facsimile:  (415) 381-5572

13 *Attorneys for Plaintiff Jorge Ponce*
   *and the Proposed Plaintiff Class*

14

15              IN THE UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 | JORGE PONCE, individually and on behalf of | Case No.: 14-cv-903 NC |
18 | all other similarly situated, | |
   | | **CLASS ACTION** |
19 | Plaintiff, | |
   | | [~~PROPOSED~~] ORDER CONTINUING |
20 | vs. | DATES PENDING MEDIATION |
   | | AS MODIFIED |
21 | | |
22 | SIMS GROUP USA CORPORATION, a | |
   | Delaware Corporation, DBA SIMS METAL | |
23 | MANAGEMENT, | |
24 | Defendant. | |

25

26

27

28

1    The Court, having reviewed the parties' stipulation to continue various dates pending

2  mediation, approves the stipulation and for good cause shown, ORDERS that

3      1.  The deadline to complete discovery regarding class certification shall be continued to

4          May 22, 2015;

5      2.  The deadline to file a motion for class certification shall be continued to June 26,

6          2015.

7      3.  Case management conference is scheduled for April 1, 2015 at 10:00 a.m. in
           Courtroom A, 15th Floor, San Francisco. Case management statement due March 15, 2015.

8          IT IS SO ORDERED.

9

10 DATED:   November 25, 2014    _____

                                          HON. NATHANAEL COUSINS
11                                        UNITED STATES MAGISTRATE JUDGE



IT IS SO ORDERED
AS MODIFIED
Judge Nathanael M. Cousins

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING DATES PENDING MEDIATION          Case No. 14-cv-903 NC