| | |
|---|---|
| 1 | BROWNSTEIN THOMAS, LLP |
|   | Josh S. Brownstein SBN 209760 |
| 2 | Mark C. Thomas SBN: 215580 |
|   | 353 Sacramento Street, Suite 1140 |
| 3 | San Francisco CA  94111 |
|   | Telephone: (415) 986-1338 |
| 4 | Facsimile:  (415) 986-1231 |

5  GOLD LAW FIRM
   Roger E. Gold SBN: 214802
6  353 Sacramento Street, Suite 1140
   San Francisco, CA 94111
7  Telephone: (415) 986-1338
   Facsimile:  (415) 373-4579
8
   CHAVEZ & GERTLER LLP
9  Jonathan E. Gertler SBN: 111531
   Dan Gildor SBN: 223027
10 Christian Schreiber SBN: 245597
   42 Miller Avenue
11 Mill Valley, California 94941
   Telephone: (415) 381-5599
12 Facsimile:  (415) 381-5572

13 *Attorneys for Plaintiff Jorge Ponce*
   *and the Proposed Plaintiff Class*
14
   NIXON PEABODY LLP
15 Bonnie Glatzer SBN 147804
   Seth L. Neulight SBN 184440
16 One Embarcadero Center, Suite 1800
   San Francisco, CA 94111
17 Telephone: (415) 984-8200
   Facsimile:  (415) 984-8300
18
   *Attorneys for the Defendant*
19

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| JORGE PONCE, individually and on behalf of all other similarly situated, | Case No.: 14-cv-903 NC |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| vs. | **CASE MANAGEMENT ORDER** |
| SIMS GROUP USA CORPORATION, a Delaware Corporation, DBA SIMS METAL MANAGEMENT, | |
| Defendant. | |

[PROPOSED] CASE MANAGEMENT ORDER                    Case No. 14-cv-903 NC

1  The Court, having reviewed the parties' joint case management conference statement filed
2  March 16, 2015, and for good cause shown, ORDERS that the case management conference set
3  for April 1, 2015 shall be continued to August 5, 2015 at 1:00 p.m. to coincide with the hearing
4  on Plaintiff's motion for class certification, in Courtroom A, 15th Floor, San Francisco.
5  IT IS SO ORDERED.

6
7  DATED:   March 16, 2015
   _____
   HON. NATHANIEL COUSINS
8  UNITED STATES MAGISTRATE JUDGE



1
[PROPOSED] CASE MANAGEMENT ORDER                                              Case No. 14-cv-903 NC